IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURT BRENT LUCAS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:24-cv-199-ECM ) |
| BEN A. FULLER, *et al.*, | ) ) |
| Defendants. | ) |

### MEMORANDUM OPINION and ORDER

On June 4, 2024, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 4) is ADOPTED;

2. This case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of the Court;

3. All pending motions are DENIED as moot.

A separate Final Judgment will be entered.

DONE this 3rd day of July, 2024.

                                          /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE